Linda SUNDBERG, et al.,
Plaintiffs–Appellees,

v.

Agnes Mary MANSOUR, et al.,
Defendants–Appellants.

No. 86–1481.

United States Court of Appeals,
Sixth Circuit.

May 25, 1988.

Before ENGEL, Chief Judge, LIVELY, KEITH, MERRITT, KENNEDY, MARTIN, JONES, KRUPANSKY, WELLFORD, MILBURN, GUY, NELSON, RYAN, BOGGS * and NORRIS, Circuit Judges.

ORDER

A rehearing en banc of the above-captioned appeal was ordered by the court on January 5, 1988. The result of this order was to vacate the previous opinion filed by the three-judge panel to which it had been assigned and to restore the case on the docket as a pending appeal. 6th Cir.R. 14(a). Oral argument was held before the court, sitting en banc, on March 30, 1988.

Upon consideration, IT IS ORDERED that the judgment of the district court is AFFIRMED by an equally divided court.

---

* Circuit Judge Danny J. Boggs although present at oral argument en banc did not thereafter participate, having in the meantime recused himself.